COURT OF APPEALS









 

COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 OLGA AVILA,
  
                             Appellant,
  
 v.
  
 EDUARDO AVILA,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-02-00368-CV
  
 Appeal from the
  
 388th Judicial District Court
  
 of El Paso County, Texas
  
 (TC# 2000CM3671)
 
 




                                                                              

M E M O R A N D U
M   O P I N I O N

 

Pending before the Court is the
Appellant=s motion to dismiss this appeal
pursuant to Tex. R. App. P.
42.1(a)(2), which states:

(a) The appellate court may dispose of an appeal as
follows:

 

(2)       in accordance with a motion of
appellant to dismiss the appeal or affirm the appealed judgment or order; but
no party may be prevented from seeking any relief to which it would otherwise
be entitled.  

 

Appellant has complied with the
requirements of Rule 42.1(a)(2).  The Court has considered this cause on the
Appellant=s motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

January 30, 2003

 

 

 

RICHARD BARAJAS, Chief Justice

 

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.